### No. 8793.

### S. FRIEDLANDER vs. ELISE SCHMALINSKI.

Where a debtor agrees to pay a certain sum at a specified time, less the amount which pledged collaterals may *realize*, the creditor may, as pledgee, take legal steps to enforce payment of the securities, but is under no legal obligation to do so, in the absence of any special understanding for that purpose.

His failure thus to act cannot be opposed to him when, maturity having arrived, he seeks payment of his claim.

In such a case he is entitled to judgment, with privilege on the effects given in pledge, and to a judicial sale to realize their value, which must be applied to the satisfaction of the debt.

APPEAL from the Twelfth District Court, Parish of Rapides. *Barbin*, J.

*Robt. P. Hunter* for Plaintiff and Appellee.

*R. J. Bowman* for Defendant and Appellant.

The opinion of the Court was delivered by BERMUDEZ, C. J.